USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **1-22-18**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUCIA MARETT, individually and as the representative of a class of similarly situated persons,

        Plaintiff,

v.

BBX SWEET HOLDINGS, LLC and IT'SUGAR, LLC d/b/a It'Sugar,

        Defendants.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Case No.: 1:17-cv-7789

---

    Plaintiff LUCIA MARETT and Defendants BBX SWEETS HOLDINGS, LLC and IT'SUGAR, LLC stipulate to the dismissal with prejudice of all claims by Plaintiff against Defendants, with each party to bear its own fees and costs.

*/s/ Dan Shaked*
Dan Shaked, Esq.
SHAKED LAW GROUP, P.C.
44 Court Street
Suite 1217
Brooklyn, New York 11201
Telephone: (917) 373-9128
Fax: (718) 504-7555
E-Mail: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

*/s/ Glenn M. Rissman*
Glenn M. Rissman
Florida Bar No.: 899526
*Attorneys for Defendants*
STEARNS WEAVER MILLER,
WEISSLER, ALHADEFF &
SITTERSON, P.A.
200 East Las Olas Boulevard, Suite 2100
Fort Lauderdale, Florida 33301
Telephone: (954) 766-9709
Fax: (954) 462-9567
E-Mail: grissman@stearnsweaver.com

SO ORDERED:

/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
1-22-18